IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID C. GATLIN,

        Appellant,

v.

        Case No.  5D21-2912
        LT Case No. 2018-CF-000878-A-M

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed July 1, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

David C. Gatlin,
Blountstown, pro se.

No Appearance for Appellee.


WOZNIAK, J.

David C. Gatlin appeals the partial summary denial of his Florida Rule of Criminal Procedure 3.801(a) motion to correct jail credit.  When his probation was revoked, Gatlin was given 69 days of jail credit towards his sentence.  He filed a Florida Rule of Criminal Procedure 3.801 motion to

correct that jail credit, arguing that he was entitled to an additional 224 days' credit, for a total of 293 days of jail credit. The trial court granted his motion in part, crediting Gatlin's sentence with a total of 224 days of jail credit, which was 69 days short of the 293 days Gatlin claimed.

Because the records attached to the trial court's order do not conclusively refute Gatlin's claim for credit, we remand with directions to the trial court to attach portions of the record to its order conclusively showing Gatlin is not entitled to the relief he requested, conduct an evidentiary hearing, or, if it concludes the motion is facially insufficient, strike the motion as facially insufficient and give Gatlin an opportunity to file an amended motion that contains the allegations required by rule. See Holley v. State, 182 So. 3d 672, 673 (Fla. 5th DCA 2015) (citing Romine v. State, 151 So. 3d 553, 553 (Fla. 5th DCA 2014)); Fla. R. Crim. P. 3.801(e); Fla. R. Crim. P. 3.850(f). In all other respects, we affirm.

AFFIRMED in part; REVERSED in part; REMANDED with directions.


LAMBERT, C.J. and COHEN, JJ., concur.